UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

Donovan Mitchell Johnson )
_____ )
_____ )
(Enter above the NAME of the
plaintiff in this action.) )

v. )

Captain
Matthew Patterson )

(Jail Admin) )

_____ )
(Enter above the NAME of each
defendant in this action.) )

FILED
DEC 3 0 2024
Clerk, U. S. District Court
Eastern District of Tennessee
At Chattanooga

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(42 U.S.C. Section 1983)

I.  PREVIOUS LAWSUITS

   A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? YES (✓) NO ( )

   B. If your answer to A is YES, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1. Parties to the previous lawsuit:

         Plaintiffs: Donovan Mitchell Johnson

         Defendants: Matthew Patterson

1

2. COURT: (If federal court, name the district; if state court, name the county): United States District Court Eastern district of Tennessee at Greeneville

3. DOCKET NUMBER: No: 2:24-CV-30-KAC-CRW

4. Name of Judge to whom case was assigned: _____

5. Disposition: (For example: Was the case dismissed? Was it appealed? Is it still pending?) Pending

6. Approximate date of filing lawsuit: February 05, 2024

7. Approximate date of disposition: _____

II. PLACE OF PRESENT CONFINEMENT: Was Carter County Jail, now SWRRJA

A. Is there a prisoner grievance procedure in this institution? YES (X) NO ( )

B. Did you present the facts relating to your complaint in the prisoner grievance procedure? YES (X) NO ( )

C. If your answer is YES,

   1. What steps did you take? I talked to multiple staff members, filed electronic request to FOX service and Capt. Matthew Patterson, filed grievance Appeal

   *Filed two grievances then appealed*

   2. What was the result? He replied with the same answer he gave in my electronic requests, and the Appeal was never answered

D. If your answer to B is NO, explain why not. _____

E. If there is no prison grievance procedure in the institution, did you complain to the prison authorities? YES ( ) NO ( )

F. If your answer is YES,

   1. What steps did you take? _____

2

2. What was the result? _____

_____

III. PARTIES

(In item A below, please your name in the first blank and place your present address in the second blank. Do the same for any additional plaintiffs.)

A. Name of plaintiff: Donovan Mitchell Johnson

Present address: P.O. Box 280, Meadowview, VA, 24361

Permanent home address: 1190 North Austin Springs Rd, Piney Flatts TN 37624

Address of nearest relative: 1313 East Chilhowie Ave, Johnson City, TN 37601

(In item B below, place the FULL NAME of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the additional names, positions, and places of employment of any additional defendants.)

B. Defendant: Matthew Patterson

Official position: Captain, Jail Administrator

Place of employment: Carter County Jail, 900 East Elk Ave, Elizabethton, TN 37643

C. Additional defendants: _____

_____

_____

_____

IV. STATEMENT OF CLAIM

(State here as briefly as possible the FACTS of your case. Describe how EACH defendant is involved. Include also the names of other persons involved, dates and places. DO NOT give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.)

On 12/20/2023 I requested via electronic request to Jail Admin Cpt. Matthew Patterson to be put on a Kosher diet due to my religious preferences which is Judaism. The

3

handbook states that inmates should fill out a request and forward it to the Jail Admin and that it is the jail's policy to provide special diets to meet bonafides reasonable religious requirements provided the inmate has requested. Cpt Patterson responded to my request via electronic request ID #4264300 that due to budget and also his opinion that a Kosher diet was not fit for me. I advised him that I've been on a Kosher diet at every facility I've been to and its never been a issue. He then told me I could get a no pork diet. I then advised Cpl Patterson via electronic request about what policy states in the handbook about special religious diets and then he told me I'm being denied because of recently ordered commissary items. Every time I stated what was wrong for denying me a Kosher diet, he came with another excuse. I then filed two separate grievances on the matter and Captain Patterson responded to both grievances that "This has already been answered on the Kiosk". I then appealed the grievance and never heard anything back. I let Cpt Patterson know I have a right to freedom of religious affiliation and voluntary religious worship, I have a right to humane, impartial, fair and respectful treatment and that this right is determined by law and I'm lawfully entitled to it. Cpt Patterson did not respond to this and nothing else has been said. I have complained to other stuff members and also told Cpl Patterson he could get in touch with Mich bull food service Admin at Washington County Detention Center and also Chief Dan Finlay Jail admin at Washington County Detention center to confirm my diet since I was just at that facility. I also told him he could get intouch with my religious leader and was still denied. Cpt Patterson violated my First Amendment right and also RLUIPA by denying me a Kosher diet. I informed him of the civil rights he is violating and nothing was still done

4

V. RELIEF

(State BRIEFLY exactly what you want this Court to do for you. Make NO legal arguments. Cite NO cases or statutes.)

I would like this court to fix this issue at this detention center, I also would like to be paid for and compensated for my troubles. I have suffered mental, emotional and spiritual damages, Im asuing for $50,000

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of my (our) information, knowledge and belief.

Signed this 20 day of Decemeber, 2024.

_____
Signature of plaintiff(s)

5

United States District Court
Eastern District of Tennessee
At Greeneville

Donavan Mitchell Johnson )
Plaintiff, )
)
) No. 2:24-cv-30-KAC-CRW
v )
)
Matthew Paterson )
)
Defendant, )
)

FILED
DEC 30 2024
Clerk, U. S. District Court
Eastern District of Tennessee
At Chattanooga

FILE

Amended complaint in the manner set forth removed Corey Perkins as a defendant because the claims are not properly joined under Federal Rule of Civil Procedure 20(a)(2). I apologize to the courts for this mistake. I only want to pursue the claim of Defendant Pattersons alleged denials of my requests for a religious diet.



Donavan Mitchell Johnson #1581910
P.O Box 280
Meadowview, VA 24361

GREENSBORO NC 270
PIEDMONT TRIAD AREA
23 DEC 2024 PM 3 L

X-RAYED

Eastern District of Tennessee
Office of
Clerk, United States District Court
900 Georgia Ave, Room 309
Chattanooga, TN, 37402

37402-225984